# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL ACTION NO. 1:19-CV-185-MR-DCK

| | |
|---|---|
| KENNY MARTIN, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| HARRAH'S NC CASINO COMPANY, LLC, and BROOKS ROBINSON, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion to Stay" (Document No. 12) filed July 5, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Reidinger's chambers, the undersigned will <u>deny</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion to Stay" (Document No. 12) is **DENIED**.

Signed: August 8, 2019

David C. Keesler
United States Magistrate Judge