IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:19-cv-00185-MR

| | |
|---|---|
| KENNY MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | O R D E R |
| ) | |
| HARRAH'S NC CASINO COMPANY, ) | |
| LLC and BROOKS ROBINSON, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Defendants' motion for the admission of attorney Susan N. Eisenberg as counsel *pro hac vice*. [Doc. 34]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendants' motion [Doc. 34] is **ALLOWED**, and Susan N. Eisenberg is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: October 16, 2020

Martin Reidinger
Chief United States District Judge