# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:19-cv-00185-MR

| | |
|---|---|
| **KENNY MARTIN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **HARRAH'S NC CASINO COMPANY,** ) | |
| **LLC and BROOKS ROBINSON,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendants' motion for the admission of attorney Arielle S. Eisenberg as counsel *pro hac vice*. [Doc. 35]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendants' motion [Doc. 35] is **ALLOWED**, and Arielle S. Eisenberg is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: October 16, 2020

Martin Reidinger
Chief United States District Judge