IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:19-cv-00185-MR

| | |
|---|---|
| KENNY MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| HARRAH'S NC CASINO COMPANY, ) | |
| LLC and BROOKS ROBINSON, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Plaintiff's motion for the admission of attorney McKinley H. Hyman as counsel *pro hac vice*. [Doc. 39]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion [Doc. 39] is **ALLOWED**, and McKinley H. Hyman is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: October 22, 2020

Martin Reidinger
Chief United States District Judge