# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Kenny Martin, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:19-cv-00185-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Harrah's NC Casino Company, LLC, | ) | |
| et al, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 15, 2021 Order.

March 15, 2021

*[signature]*

Frank G. Johns, Clerk
United States District Court